AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 27, 2025**

SEAN F. McAVOY, CLERK

SHELLY W.,

*Plaintiff*

v.

Commissioner of Social Security,

*Defendant*

)
)
)
)
)
)

Civil Action No. 1:24-CV-3103-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  Plaintiff's Brief (effectively a motion for summary judgment), ECF No. 10, is DENIED.
Defendant's Brief (effectively a motion for summary judgment), ECF No. 13, is GRANTED.
Judgment is entered in favor of Defendant, pursuant to the Order filed at ECF No. 15.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice .

Date: 1/27/2025

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza